**FILED**

04/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0596

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 19-0596

------------------------------------------------------------------

JEFF GOTTLOB, ELAINE MITCHELL, JAMES CHILDRESS, and all others similarly situated,

        Plaintiffs/Appellees,

    vs.

MICHAEL DeROSIER, RON RIDES AT THE DOOR, TOM McKAY, GALEN GALBREATH, GLACIER COUNTY,

        Defendants/Appellants,

    and

STATE OF MONTANA,

        Defendant.

ORDER GRANTING MOTION FOR ADDITIONAL EXTENSION OF TIME

------------------------------------------------------------------

An unopposed Motion for Additional Extension of Time having been filed by Appellants pursuant to Rule 26(1)(2) of the Rules of Appellate Procedure, and Appellees having no objection,

IT IS HEREBY ORDERED that Appellants shall file their Reply Brief on or before May 4, 2020.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 8 2020